| | | | |
|---|---|---|---|
| State v. Yanko† | 2015AP002296 CR | 05–17–2017 | Affirmed |
| Bank Mutual v. Sherman† | 2015AP002357 | 05–17–2017 | Affirmed |
| State v. Blatterman | 2015AP002386 CR | 05–31–2017 | Affirmed |
| State v. Phillips, Sr.† | 2015AP002418 CR | 05–09–2017 | Affirmed |
| State v. Clark, Sr.† | 2015AP002488 CR | 05–31–2017 | Affirmed |
| Meeuwsen v. Meeuwsen | 2015AP002578 | 05–23–2017 | Affirmed |
| Edmonson v. Dewitt | 2015AP002609 | 05–31–2017 | Affirmed and remanded |
| State v. Thill† | 2015AP002629 CR | 05–25–2017 | Affirmed |
| Hartwig v. American Family Mut. Ins. Co. | 2016AP000058 | 05–31–2017 | Affirmed/ reversed/ remanded |
| Central Bank v. Hanson | 2016AP000149, 2016AP000150 | 05–16–2017 | Affirmed |
| Shelton v. Wisconsin Department of Corrections | 2016AP000220 | 05–31–2017 | Affirmed |
| State v. Hubanks† | 2016AP000230 | 05–16–2017 | Affirmed |
| 200 Broadway LLC v. City of Milwaukee | 2016AP000273 | 05–02–2017 | Affirmed |
| Peoples State Bank v. Deedon | 2016AP000331 | 05–02–2017 | Affirmed |
| State v. Higgenbottom† | 2016AP000457 CR, 2016AP000458 CR | 05–17–2017 | Affirmed |
| Dresel v. Giles | 2016AP000469 | 05–16–2017 | Affirmed |
| State v. Taylor† | 2016AP000477 CR | 05–16–2017 | Affirmed |
| Fitzgerald v. Capezza | 2016AP000518 | 05–09–2017 | Affirmed |
| State v. Tucker† | 2016AP000542 CR | 05–31–2017 | Affirmed |
| State v. Harris | 2016AP000548 CR | 05–31–2017 | Affirmed |
| Reynolds v. Reynolds | 2016AP000550 | 05–25–2017 | Affirmed |
| Town of Ixonia v. Knopps | 2016AP000766 | 05–25–2017 | Affirmed |

† Petition to review filed.